UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

*In re:*

**Luis Hernandez**
SSN: XXX-XX-8082

    Debtor.

_____/

CASE NO: 07-16379-BKC-RAM
Chapter 7

## TRUSTEE'S OBJECTION TO DEBTOR'S CLAIMED EXEMPTIONS

Alan L. Goldberg, Chapter 7 Trustee (the "Trustee") of the above captioned bankruptcy estate, pursuant to 11 U.S.C. § 522 and Federal Rule of Bankruptcy Procedure 4003(b), hereby objects to the Debtor's claimed exemptions in the property listed on the Debtor's Schedule "B," and pursuant to 11 U.S.C § 542, requests that the Debtor turn over such property or its equity to the Trustee, and in support states as follows:

1. The Debtor filed a voluntary petition in Bankruptcy Court under Chapter 7 of Title 11 of the United States Code on August 13, 2007.

2. The Debtor has filed Schedule "C" and listed and claimed as exempt therein her interest in 2001 Chevrolet Silverado (the "Property").

3. The Trustee objects to the claimed exemptions of the Property to the extent that the actual value of the property exceeds the available $1,000.00 per person personal property exemption.

4. Accordingly, the non exempt personal property is property of the Estate pursuant to 11 U.S.C. §541 and subject to turnover under 11 U.S.C. §542.

**WHEREFORE**, the Trustee respectfully requests that this Court enter an order (a) sustaining the *Trustee's Objection to the Debtor's Claimed Exemptions*, (b) requiring the Debtor to turn over the personal property or is equity value to the Trustee; and (c) for such other relief as the Court may deem just and proper.

Dated this ___10th___ day of October 2007.

                                            /S/
                                    Alan L. Goldberg, Trustee
                                    111 SW 3rd Street, Suite 701
                                    Miami, Florida 33130
                                    Telephone 305-372-1100 Ext. 12
                                    Facsimile 305-372-0188

Alan L Goldberg
111 SW 3 Street Ste 701
Miami, FL 33130

Bank Of America
Pob 17054
Wilmington, DE 19884

Bank of America
POB 15726
Wilmington, DE 19886-5726

Chase
800 Brooksedge Blvd
Westerville, OH 43081

Chase Mastercard
POB 15153
Wilmington, DE 19886-5153

Chase Visa
POB 15153
Wilmington, DE 19886-5153

Countrywide Home Loans
POB 5170
Simi Valley, CA 93062

Countrywide Home Loans
POB 660694
Dallas, TX 75266

Fia Csna
Po Box 17054
Wilmington, DE 19884

Hsbc Nv
Po Box 19360
Salinas, CA 93901

Hsbc/Bsbuy
Po Box 15519
Wilmington, DE 19850

Hsbc/Rs
90 Christiana Rd
New Castle, DE 19720

Luis M Hernandez
145 SW 61 Ave
Miami, FL 33144

Mcydsnb
9111 Duke Blvd
Mason, OH 45040

Miami

Michael A Frank Esq
10 NW LeJeune Rd #620
Miami, FL 33126

Nissan Motor Acceptanc
2901 Kinwest Pkwy
Irving, TX 75063

Office of the US Trustee
51 S.W. 1st Ave.
Ste. 1204
Miami, FL 33130

Pan Am Horizons Fcu
12171 Moody Dr
Homestead, FL 33032

Power I Cu
2020 Nw 150th Ave.
Pembroke Pines, FL 33028

Power Financial Credit Union
c/o Mark J Trunzo
2020 NW 150 Ave
Pembroke Pines, FL 33028

Radio/Cbsd
Po Box 9714
Gray, TN 37615

Rshk/Cbsd
Po Box 6003
Hagerstown, MD 21747

Sears/Cbsd
Po Box 6189
Sioux Falls, SD 57117

Suntrust Bk Miami Na
Po Box 524203
Miami, FL 33152

Suntrust/FIA Card Services
POB 15726
Wilmington, DE 19886-5726

T&Gautosales
803 Highway 59
Atlanta, TX 75551

Unvl/Citi
Po Box 6241
Sioux Falls, SD 57117

Visdsnb
9111 Duke Blvd
Mason, OH 45040